UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re
Donna Renee Maitland                                                                 Case No. 08-31408-T
Debtor                                                                                        Chapter 13

## NOTICE OF RESCHEDULED MEETING OF CREDITORS

    NOTICE IS HEREBY GIVEN that the meeting of creditors has been rescheduled to July 17, 2008 @ 11:00 a.m., and will be held at the Office of the U.S. Trustee 600 East Main Street, Suite 120, Richmond, VA 23219.

    [Chapter 13 Case Only -if applicable] NOTICE IS FURTHER GIVEN that pursuant to Local Bankruptcy Rule 3015-2(A)(5)(a), objections to confirmation of plan or to related motions shall be filed within thirty (30) days from the entry of the order reinstating this case.  If no objections are timely filed, there will be no confirmation hearing.  Timely filed objections will be heard at the confirmation hearing which has been rescheduled for August 13, 2008 @ 11:00 a.m. at U.S. Bankruptcy Court 1100 East Main Street, Room 335, Richmond, VA 23219.

    NOTICE IS FURTHER GIVEN that, except for the rescheduled meeting of creditors and confirmation hearing date, if applicable, all other matters and dates set forth in the court's initial notice of meeting of creditors remain in full force and effect.

    [If appropriate] NOTICE IS FURTHER GIVEN that, of, has been appointed Substitute Interim Trustee of the estate of the above-named debtor by the United States Trustee.

    NOTICE GIVEN BY

/s/ James M. Flaherty
Counsel for Debtor
Julia Adair (VSB #45130)
Laura Taylor Alridge (VSB #42549)
G. Russell Boleman III (VSB #32484)
John R. Bollinger (VSB #46672)
James M. Flaherty (VSB # 68148)
Deanna Hathaway (VSB #44150)
Patrick T. Keith (VSB #48446)
Mark C. Leffler (VSB #40712)
Stuart C. Salmon (VSB # 68617)
Sharon Choi Stuart (VSB #45026)
Suzanne E. Wade (VSB # 31868)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, VA 23230-1588

## PROOF OF SERVICE

    I hereby certify that a copy of the foregoing notice was mailed to the debtor(s), Trustee, or [if appropriate] Substitute Interim Trustee, United States Trustee, and all creditors and parties in interest in the above case, as set forth on the attached list of names and addresses. [If the number of persons and parties served is twenty-five or fewer, service copies shall contain a complete certificate of service, including names and addresses of parties serviced.  If service is made on more than twenty-five persons or parties, the certificate of service attached to the service copies need not contain the complete list of names and addresses, but may reference a service list attached to the original filed with the court.

/s/ James M. Flaherty
Counsel for Debtor

Date:   6/13/08

| | | |
|---|---|---|
| Office of the US Trustee<br>600 East Main Street<br>Suite 301<br>Richmond, VA 23219 | 500 Fast Cash<br>Re: Bankruptcy<br>515 G SE<br>Miami, OK 74354 | Allied Interstate<br>RE: Sprint PCS<br>3111 S. Dixie Highway, Ste 101<br>West Palm Beach, FL 33405 |
| Anchor Receivables Management<br>Re: Bank of America<br>P.O.Box 41003<br>Norfolk, VA 23542 | Applied Card Bank<br>Attention: General Inquiries<br>Po Box 17125<br>Wilmington, DE 19850 | Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 |
| Blair Corporation<br>Po Box 182125<br>Columbus, OH 43218 | CALL Federal Credit Union<br>4605 Commerce Road<br>P.O. Box 26603<br>Richmond, VA 23261 | Capital 1 Bank<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA 30091 |
| Capital 1 Bank<br>PO Box 30285<br>Salt Lake City, UT 84130 | Cash Advance<br>6161 Savoy Dr Ste 600<br>Houston, TX 77036 | CBE Group<br>131 Tower Park Dr., Ste 100<br>Waterloo, IA 50701-9374 |
| Center for Gastointestinal Hea<br>PO Box 11246<br>Richmond, VA 23230 | Certified Recovery Systems LLP<br>RE: 500 Fast Cash<br>6161 Savoy, Ste 600<br>Houston, TX 77036 | Certified Recovery Systems LLP<br>RE: Cash Advance<br>6161 Savoy, Ste 600<br>Houston, TX 77036 |
| Certified Recovery Systems LLP<br>RE: United Cash<br>6161 Savoy, Ste 600<br>Houston, TX 77036 | Certified Recovery Systems LLP<br>RE: US Fast Cash<br>6161 Savoy, Ste 600<br>Houston, TX 77036 | Chippenham/JW Hospitals<br>Attn: Bankruptcy Dept.<br>P.O. Box 13620<br>Richmond, VA 23225 |
| Comcast<br>Attn: Bankruptcy Dept<br>PO BOX 3012<br>Southeastern, PA 19398-3012 | County of Dinwiddie<br>Treasurer<br>P.O. Box 178<br>Dinwiddie, VA 23841 | Crafter's Choice Book Club<br>1225 South Market St.<br>Mechanicsburg, PA 17055 |
| Credit Adjust/collection Agenc<br>2601 Nw Express Way<br>Oklahoma City, OK 73112 | Creditors Collection Service<br>Re: Petersburg Clinic Chs<br>PO Box 21504<br>Roanoke, VA 24018 | Direct TV<br>Attn: Bankruptcy Claims<br>PO Box 6550<br>Englewood, CO 80155 |
| Dogwood Emergency Physicians<br>Re: Bankruptcy<br>P.O. Box 7250<br>Philadelphia, PA 19101-7250 | Dominion VA Power<br>Attn: Bankruptcy Group<br>P.O. Box 26666<br>Richmond, VA 23261 | Dt Credit Co<br>Po Box 29018<br>Phoenix, AZ 85038 |

| | | |
|---|---|---|
| Equidata<br>Re: Comcast<br>724 Thimble Shoals Blvd<br>Newport News, VA 23606 | First Premier Bank<br>Po Box 5524<br>Sioux Falls, SD 57117 | Focused Recovery Solutions<br>Re: CJW<br>9701 Metropolitan Ct, Suite B<br>Richmond, VA 23236-3662 |
| Friedmans Jewelers<br>Att: Bankruptcy Department<br>Po Box 702628<br>Dallas, TX 75370 | HSBC<br>Attn: Bankruptcy Department<br>PO Box 5213<br>Carol Stream, IL 60197 | Internal Revenue Service<br>400 N Eighth St Rm 898<br>P.O. Box 10025<br>Richmond, VA 23240 |
| Jc Penney<br>Att: Bankruptcy Department<br>Po Box 103106<br>Roswell, GA 30076 | Medical Data Systems I<br>1374 S Babcock St<br>Melbourne, FL 32901 | MRI of Richmond<br>Re: Bankruptcy<br>11525 Midlothian Tnpk, Ste.103<br>Richmond, VA 23235-4763 |
| Nationwide Credit, Inc<br>Re: Direct TV<br>P.O.Box 740603<br>Atlanta, GA 30374-0603 | Nco Fin /27<br>Pob 7216<br>Philadelphia, PA 19101 | NCO Financial Systems, Inc.<br>507 Prudential Rd.<br>Horsham, PA 19044 |
| Online Collections<br>Re: Southside Electric Co-Op<br>202 Firetower Road<br>Winterville, NC 28590-8412 | Penn Credit Corporation<br>RE: Verizon<br>PO Box 988<br>Harrisburg, PA 17108-0988 | Petersburg Clinic Company, LLC<br>330 Franklin Rd 135A 321<br>Brentwood, TN 37027 |
| Primary Health Group<br>Attn: Bankruptcy Dept.<br>6439 Iron Bridge Road<br>Richmond, VA 23234 | Radiology Associates of Richmo<br>P.O. Box 13343<br>Richmond, VA 23225 | Raymond and Frances Henshaw<br>15720 Cox Rd.<br>Church Road, VA 23833 |
| Rewards Visa Dakota State Bank<br>211 N Main<br>Blunt, SD 57522 | Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 | Ryan L. Maitland<br>13812 Cox Rd.<br>Church Road, VA 23833 |
| Scotdlcolsvc<br>2501 W Dunlap Ave<br>Phoenix, AZ 85021 | Southside Electric Coop<br>Attn: Bankruptcy Dept<br>P.O. Box 7<br>Crewe, VA 23930-0007 | Southside Regional Med Center<br>Re: Bankruptcy<br>PO Box 188<br>Brentwood, TN 37024 |
| Sprint PCS<br>PO Box 105243<br>Baltimore, MD 21297-1621 | United Cash Loans<br>Re: Bankruptcy<br>2533 N. Carson Street, #5020<br>Carson City, NV 89706 | US Fast Cash<br>Re: Bankruptcy<br>2533 N. Carson St. Ste 5436<br>Carson City, NV 89706 |
| Va Child Support<br>7 N 8th St Fl 1<br>Richmond, VA 23219 | Verizon Virginia Inc<br>Po Box 165018<br>Columbus, OH 43216 | West Asset Management<br>Re: CJW<br>PO Box 1420<br>Sherman, TX 75091-1420 |