**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Division**

In re                                                                     Case No.

                    Debtor(s)                                    Chapter

**ORDER OF DISMISSAL
FOR FAILURE TO ATTEND MEETING OF CREDITORS**

The United States Trustee having certified that the above debtor(s) or debtor's counsel have not appeared at the scheduled meeting of creditors, or have appeared not prepared to proceed; it is, therefore

**ORDERED**, pursuant to Local Rule 2003-1(B), that the above case be dismissed; and it is further

*[If appropriate]*  **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ _____ to the Clerk of Court within ten (10) days of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The trustee need not file a final report in this case unless property or money was administered.

                                                            WILLIAM C. REDDEN
                                                            Clerk of Court

Date: _____          By _____
                                                               Deputy Clerk

                                                NOTICE OF JUDGMENT OR ORDER
                                                ENTERED ON DOCKET:

                                                _____

[odis341 ver. 02/07]